JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MAUREEN A. WHELAN, AKA<br>MAUREEN WHELAN,<br><br>          Defendant | No. CV 13-5965<br><br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Maureen A. Whelan, aka Maureen Whelan, in the principal amount of $4,563.55 plus interest accrued to August 8, 2013, in the sum of $6,763.89; with interest accruing thereafter at 9.13% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $<u>11,327.44</u>.

DATED: September 27, 2013          By: _Terry Nafisi_____
                                        Clerk of the Court

                                        _____
                                        Deputy Clerk
                                        United States District Court